IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:17CR 39 |
| | § | Judge Mazzant |
| ANTHONY SHELTON (1) | § | |
| NIGEL GARRETT (2) | § | |
| CHANCLER GERRARD ENCALADE JR. (3) | § | |
| CAMERON OCION AJIDUAH (4) | § | |

FILED
MAR 8 - 2017
Clerk, U.S. District
Texas Eastern

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 924(o)
(Conspiracy to commit 924(c)-use, carry, brandish, and possess firearms during, in relation to and in furtherance of a crime of violence)

That from on or about January 1, 2017, and continuously thereafter up to and including February 7, 2017, in the Eastern District of Texas, defendants **Anthony Shelton, Nigel Garrett, Chancler Gerrard Encalade, Jr.,** and **Cameron Ocion Ajiduah**, did knowingly conspire, agree, with each other and others known and unknown to the United States Grand Jury to use, carry, brandish, and possess firearms during, in relation to and in furtherance of a crime of violence, namely carjackings, in violation of 18 U.S.C. § 924(c).

In violation of 18 U.S.C. § 924(o).

## Count Two

Violation: 18 U.S.C. § 2119
(Carjacking)

On or about February 7, 2017, in the Eastern District of Texas, defendants **Anthony Shelton, Nigel Garrett, and Cameron Ocion Ajiduah**, did knowingly and intentionally, with intent to cause serious bodily harm, take a motor vehicle, to wit: a 2013 Chevrolet Equinox, VIN: 2GNALBEK2D1238581, that had been transported, shipped and received in interstate and foreign commerce from the person and presence of another by force, violence and by intimidation resulting in serious bodily injury.

In violation of 18 U.S.C. § 2119.

## Count Three

Violation: 18 U.S.C. § 924(c)
(Use, carry, brandish, and possess firearms during, in relation to and in furtherance of a crime of violence)

On or about February 7, 2017, in the Eastern District of Texas, defendants **Anthony Shelton, Nigel Garrett, and Cameron Ocion Ajiduah** did knowingly use, carry, brandish, and possess firearms, during, in relation to and in furtherance of a crime of violence for which he may be prosecuted in a Court of the United States, to wit: Carjacking.

In violation of 18 U.S.C. § 924(c).

## Count Four

                    Violation: 18 U.S.C. § 2119
                    (Carjacking)

On or about January 30, 2017, in the Eastern District of Texas, defendants **Anthony Shelton** and **Nigel Garrett**, did knowingly and intentionally, with intent to cause serious bodily harm, take a motor vehicle, to wit: a 2015 Dodge Dart, VIN: 1C3CDFEB7FD224273, that had been transported, shipped and received in interstate and foreign commerce from the person and presence of another by force, violence and by intimidation resulting in serious bodily injury.

In violation of 18 U.S.C. § 2119.

## Count Five

                    Violation: 18 U.S.C. § 924(c)
                    (Use, carry, brandish, and possess
                    firearms during, in relation to and in
                    furtherance of a crime of violence)

On or about January 30, 2017, in the Eastern District of Texas, defendants **Anthony Shelton** and **Nigel Garrett** did knowingly use, carry, brandish, and possess firearms, during, in relation to and in furtherance of a crime of violence for which he may be prosecuted in a Court of the United States, to wit: Carjacking.

In violation of 18 U.S.C. § 924(c).

## Count Six

                Violation: 18 U.S.C. § 2119
                (Carjacking)

On or about January 17, 2017, in the Eastern District of Texas, defendants **Anthony Shelton, Nigel Garrett,** and **Chancler Gerrard Encalade, Jr.,** did knowingly and intentionally, with intent to cause serious bodily harm, take a motor vehicle, to wit: a 2013 Toyota Tundra, VIN: 5TFHW5F16DX302128, that had been transported, shipped and received in interstate and foreign commerce from the person and presence of another by force, violence and by intimidation resulting in serious bodily injury.

In violation of 18 U.S.C. § 2119.

## Count Seven

                Violation: 18 U.S.C. § 924(c)
                (Use, carry, brandish, and possess
                firearms during, in relation to and in
                furtherance of a crime of violence)

On or about January 17, 2017, in the Eastern District of Texas, defendants **Anthony Shelton, Nigel Garrett,** and **Chancler Gerrard Encalade, Jr.,** did knowingly use, carry, brandish, and possess firearms, during, in relation to and in furtherance of a crime of violence for which he may be prosecuted in a Court of the United States, to wit: Carjacking.

In violation of 18 U.S.C. § 924(c).

### Count Eight

Violation: 18 U.S.C. § 2119
(Carjacking)

On or about January 14, 2017, in the Eastern District of Texas, defendants **Anthony Shelton** and **Nigel Garrett** did knowingly and intentionally, with intent to cause serious bodily harm, take a motor vehicle, to wit: a 2014 Land Rover, VIN: SALWR2VF7EA308818, that had been transported, shipped and received in interstate and foreign commerce from the person and presence of another by force, violence and by intimidation resulting in serious bodily injury.

In violation of 18 U.S.C. § 2119.

### Count Nine

Violation: 18 U.S.C. § 924(c)
(Use, carry, brandish, and possess
firearms during, in relation to and in
furtherance of a crime of violence)

On or about January 14, 2017, in the Eastern District of Texas, defendants **Anthony Shelton** and **Nigel Garrett** did knowingly use, carry, brandish, and possess firearms, during, in relation to and in furtherance of a crime of violence for which he may be prosecuted in a Court of the United States, to wit: Carjacking.

In violation of 18 U.S.C. § 924(c).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense charged in this First Superseding Indictment, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses.

All such proceeds and/or instrumentalities are subject to forfeiture by the government.

A TRUE BILL

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

_____   __3/7/17_____
TRACEY M. BATSON                 Date
Assistant United States Attorney

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:17CR<br>Judge |
| ANTHONY SHELTON (1)<br>NIGEL GARRETT (2)<br>CHANCLER GERRARD ENCALADE JR. (3)<br>CAMERON OCION AJIDUAH (4) | § § § § § | |

### Count One

Violation:   18 U.S.C. § 924(o)

Penalty:   Imprisonment for not less than 5 years and not more than life; a fine not to exceed $250,000, or both; a term of supervised release of not more than five years.

Special Assessment: $100.00

### Counts Two, Four, Six, Eight

Violation:   18 U.S.C. § 2119

Penalty:   Imprisonment for not more than 25 years; a fine not to exceed $250,000, or both. A term of supervised release of not more than five years.

Special Assessment: $100.00

### Counts Three, Five, Seven, Nine

Violation:   18 U.S.C. § 924(c)

Penalty:   Imprisonment of not less than 5 years, unless the firearm is brandished, in which case the minimum is 7 years, or unless the firearm is discharged, in which case the minimum sentence is 10 years, which must be served consecutively to any other term of imprisonment, a fine not to exceed $250,000.00, or both; and supervised release of at least three (3) years, but not more than five (5) years.

In the case of a second or subsequent conviction, imprisonment of not less than 25 years which must be served consecutively to any other term of imprisonment, a fine not to exceed $250,000, or both; and supervised release of at least three (3) years, but not more than five (5) years.

<u>Special Assessment:</u> $100.00