IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:17CR39 |
| | § | Judge Mazzant |
| NIGEL GARRETT (2) | § | |

## **ELEMENTS OF THE OFFENSE**

You are charged in Count Four of the First Superseding Indictment with a violation of 18 U.S.C. § 249(a)(2), Hate Crimes Acts and § 2 Aiding and Abetting. The essential elements which must be proved beyond a reasonable doubt in order to establish a violation of that section are:

### **18 U.S.C. § 249(a)(2), Hate Crimes Acts**

1. The defendant willfully caused bodily injury through the use of a firearm;

2. The harm occurred in connection with use of a channel, facility, and instrumentality of interstate commerce, the app and the internet, to commit the crime; and

3. The defendant did so because of the actual or perceived religion, national origin, gender, sexual orientation, gender identify, or disability of any person.

### **18 U.S.C. § 2, Aiding and Abetting**

1. That the offense of a hate crime was committed by some person;

2. That the defendant associated with the criminal venture;

3. That the defendant purposefully participated in the criminal venture; and

4. That the defendant sought by action to make that venture successful.

Respectfully submitted,

BRIT FEATHERSTON
Acting United States Attorney

\_\_\_/s/_____
TRACEY M. BATSON
Assistant United States Attorney
Texas Bar No. 00784119
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Tracey.Batson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on August 10, 2017.

\_\_\_/s/_____
TRACEY M. BATSON