# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:** 1/3/2018

| DISTRICT JUDGE | COURT REPORTER: Jan Mason |
|---|---|
| **Amos L. Mazzant, III** | **COURTROOM DEPUTY:** Debbie McCord |
| USA VS. NIGEL GARRETT | 4:17CR39 |

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| Tracey Batson | Donald Mackenzie |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:   SENTENCING |
|---|---|
| 10:55 am | Court called case, noting appearances.  No changes/corrections to PSR. |
|  | PSR - para 82 - revised addendum does indicate total losses. |
|  | Court heard from defense counsel and Govt with regard to sentencing. |
|  | Court noted guilty plea to Count 4 pursuant to 11(c)(1)( C) plea agreement. |
|  | TOL: 36, CHC I, 188 - 235 months. |
| 11:07 am | Defendant allocuted. |
| 11:08 am | Bench conference. |
| 11:11 am | Court accepted the 11(c)(1)( C) plea agreement.  Sentence imposed: 180 months, Count 4 First Superseding Indictment, mental health and drug treatment.  Inmate financial responsibility program, restitution $110,730.55 to victims, payment to begin immediately.  Jointly and severally liable with co-defendants for the restitution amounts as listed in the PSR.  Fine is waived, interest is waived, SA of $100.00, SR for 5 years.  Standard, mandatory and special conditions of release. |
|  | BOP location: North Texas. |
| 11:15 am | Rights of appeal are addressed.  Remaining charges are dismissed upon Govt motion. |

CASE NO.          DATE:
PAGE 2 - PROCEEDINGS CONTINUED:

| TIME: | MINUTES:   SENTENCING |
|---|---|
| 11:16 am | Defendant remanded to custody of USM. |

**DAVID O'TOOLE, CLERK**

BY:     Debbie McCord
        Courtroom Deputy Clerk